UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH ROSE WHITE MCDONNELL,

       Plaintiff,                      Case No. 1:19-cv-963

v.                                      Hon. Janet T. Neff

KALAMAZOO, COUNTY OF, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above-captioned case was filed in this court on November 13, 2019 .   The case has been assigned to Janet T. Neff .

CLERK OF COURT

Dated:  November 14, 2019     By:  /s/ E. Siskind_____
                                                   Deputy Clerk