AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ELIZABETH ROSE WHITE McDONNELL,

v.

KALAMAZOO COUNTY, and
STEPHANIE MOORE WILLIAMS
and JULIE ROGERS, in their official
and individual capacities

Case No. 1:19-cv-963
Hon. Janet T. Neff

TO: Kalamazoo County
ADDRESS: c/o Tracie Moored, County Admin
201 W. Kalamazoo Ave
Kalamazoo MI 49007

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Katherine Smith Kennedy
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center St., NW - Suite 805
Grand Rapids, MI 49503

CLERK OF COURT



November 14, 2019

By: Deputy Clerk                                 Date

---

## PROOF OF SERVICE

This summons for _____ Kalamazoo County _____ was received by me on _____.
                         (name of individual and title, if any)                                (date)

☐ I personally served the summons on the individual at _____
on _____.                                                (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                               (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                    _____
                                             Server's signature

Additional information regarding attempted service, etc.:  _____
                                                               Server's printed name and title

                                                           _____
                                                               Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ELIZABETH ROSE WHITE McDONNELL,

v.

KALAMAZOO COUNTY, and
STEPHANIE MOORE WILLIAMS
and JULIE ROGERS, in their official
and individual capacities

Case No. 1:19-cv-963
Hon. Janet T. Neff

TO: Julie Rogers
ADDRESS: 3428 Marlane Ave
Kalamazoo, MI 49006

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Katherine Smith Kennedy
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center St., NW - Suite 805
Grand Rapids, MI 49503

CLERK OF COURT

November 14, 2019
By: Deputy Clerk / Date

---

## PROOF OF SERVICE

This summons for _____ Julie Rogers _____ was received by me on _____
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____ .                                                 (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____ , a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____ , and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____ , who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____ .
                        (name of organization)        (date)

☐ I returned the summons unexecuted because _____ .

☐ Other (specify) _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Additional information regarding attempted service, etc.:
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ELIZABETH ROSE WHITE McDONNELL,

v.

KALAMAZOO COUNTY, and
STEPHANIE MOORE WILLIAMS
and JULIE ROGERS, in their official
and individual capacities

Case No. 1:19-cv-963
Hon. Janet T. Neff

TO: Stephanie Moore Williams
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Katherine Smith Kennedy
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center St., NW - Suite 805
Grand Rapids, MI 49503

CLERK OF COURT

November 14, 2019

By: Deputy Clerk                                         Date

---

## PROOF OF SERVICE

This summons for _____ Stephanie Moore Williams _____ was received by me on _____.
                           (name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

  My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Additional information regarding attempted service, etc.:

Server's signature

Server's printed name and title

Server's address