AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ELIZABETH ROSE WHITE McDONNELL,

v.

KALAMAZOO COUNTY, and
STEPHANIE MOORE WILLIAMS
and JULIE ROGERS, in their official
and individual capacities

Case No. 1:19-cv-963
Hon. Janet T. Neff

TO: Kalamazoo County
ADDRESS: c/o Tracie Moored, County Admin
201 W. Kalamazoo Ave
Kalamazoo MI 49007

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Katherine Smith Kennedy
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center St., NW - Suite 805
Grand Rapids, MI 49503

CLERK OF COURT

[seal and signature]

November 14, 2019

By: Deputy Clerk                                      Date

---

## PROOF OF SERVICE

This summons for _____Kalamazoo County_____ was received by me on __Weds., Nov. 20, 2019__
       (name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☒ I served the summons on __TRACIE MOORED; County Administrator__, who is designated by law to accept service
                                 (name of individual)
of process on behalf of __Kalamazoo County; 201 W. Kalamazoo Ave;__ on __Monday Nov. 25, 2019__
                              (name of organization)  Kalamazoo Mich. 49007                          (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __Nov. 25, 2019__

                                          _George Nobel II_
                                              Server's signature
                                          GEORGE NOBEL II
                                          62-B D. Ct. OFFICER
                                          Server's printed name and title 41

Additional information regarding attempted service, etc.:

Server's address
Paralegal Services of
Western Michigan
1515 Michigan St NE, #119
Grand Rapids, MI 49503

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ELIZABETH ROSE WHITE McDONNELL,

v.

KALAMAZOO COUNTY, and
STEPHANIE MOORE WILLIAMS
and JULIE ROGERS, in their official
and individual capacities

Case No. 1:19-cv-963
Hon. Janet T. Neff

TO: Julie Rogers
ADDRESS: 3428 Marlane Ave
Kalamazoo, MI 49006

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Katherine Smith Kennedy
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center St., NW - Suite 805
Grand Rapids, MI 49503

CLERK OF COURT

November 14, 2019
By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____ Julie Rogers _____ was received by me on WMCdC. Nov. 20, 2019
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☒ I served the summons on Tracie Moored, County Controller _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of Julie Rogers, with permission, 201 W. Kalamazoo Ave, on Mon., Nov. 25, 2019
                        (name of organization)  Kalamazoo, Mich. 49007              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: Nov. 25, 2019

Additional information regarding attempted service, etc.:

Server's signature
GEORGE NOBEL II
62-B D. CT. OFFICER
Server's printed name and title
(616) 451-9141

Server's address
Legal Services of
Western Michigan
1515 Michigan St NE, #119
Grand Rapids, MI 49503

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

ELIZABETH ROSE WHITE McDONNELL,

v.

KALAMAZOO COUNTY, and
STEPHANIE MOORE WILLIAMS
and JULIE ROGERS, in their official
and individual capacities

Case No. 1:19-cv-963
Hon. Janet T. Neff

TO: Stephanie Moore Williams
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within  __21__  days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Katherine Smith Kennedy
Pinsky, Smith, Fayette & Kennedy, LLP
146 Monroe Center St., NW - Suite 805
Grand Rapids, MI 49503

CLERK OF COURT

November 14, 2019
By: Deputy Clerk          Date

---

## PROOF OF SERVICE

This summons for __Stephanie Moore Williams__ (name of individual and title, if any) was received by me on __Weds. Nov. 20, 2019__ (date)

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ served the summons on __Tracie Moored, County Controller__ (name of individual), who is designated by law to accept service of process on behalf of __Stephanie Moore Williams, with permission__ (name of organization) on __Mon. Nov. 25, 2019__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __Nov. 25, 2019__

Additional information regarding attempted service, etc.:

Server's signature
GEORGE NOBEL II
62-B D. CT. OFFICER
(616) 431-9141
Server's printed name and title

Server's address
Paralegal Services of
Western Michigan
1515 Michigan St. NE, #110
Grand Rapids, MI 49503