UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ELIZABETH ROSE WHITE McDONNELL,

    Plaintiff,

v.

KALAMAZOO COUNTY and STEPHANIE
MOORE WILLIAMS and JULIE ROGERS,
in their official and individual capacities,

    Defendants.

Case No. 1:19-cv-00963

Hon. Janet T. Neff

---

| PINSKY, SMITH, FAYETTE & KENNEDY, LLP<br>Katherine Smith Kennedy (P54881)<br>Attorneys for Plaintiff<br>146 Monroe Center Street NW, Ste 805<br>Grand Rapids, MI 49503<br>(616) 451-8496<br>Fax: (616) 451-9850<br>kskennedy@psfklaw.com | KELLER THOMA, P.C.<br>Thomas L. Fleury (P24064)<br>Attorneys for Defendants<br>26555 Evergreen Road, Suite 1240<br>Southfield, MI 48076<br>(313) 965-0857<br>Fax: (313) 956-4480<br>tlf@kellerthoma.com |
|---|---|

---

### STIPULATED ORDER TO EXTEND TIME
### TO ANSWER PLAINTIFF'S COMPLAINT

Plaintiff Elizabeth Rose White McDonnell ("Plaintiff") and Defendants Kalamazoo County, Stephanie Moore Williams, and Julie Rogers (collectively "Defendants"), through their respective counsel, stipulate as follows:

IT IS HEREBY ORDERED that Defendants' time limit to answer Plaintiff's Complaint be extended to January 7, 2020.

SO STIPULATED AND ORDERED.

                                                                                         _____
                                                                                          Hon. Janet T. Neff

Dated: _____

2

/s/ Katherine Smith Kennedy (w/consent)
KATHERINE SMITH KENNEDY (P54881)
Attorney for Plaintiff

/s/ Thomas L. Fleury
THOMAS L. FLEURY (P24064)
Attorney for Defendants


Dated: December 13, 2019