UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH ROSE WHITE McDONNELL,    Case No.:  1:19-cv-00963
                                   HON.:     Janet T. Neff

    Plaintiff,

-vs-

KALAMAZOO COUNTY, and STEPHANIE
MOORE WILLIAMS and JULIE ROGERS
In their official and individual capacities,

    Defendants.

---

| | |
|---|---|
| **KATHERINE SMITH KENNEDY (P54881)**<br>*Pinsky, Smith, Fayette & Kennedy, LLP*<br>Atty for Plaintiff<br>146 Monroe Center Street NW, Ste. 805<br>Grand Rapids, MI 49503<br>(616) 451-8496<br>Kskennedy@psfklaw.com | **THOMAS L. FLEURY (P24064)**<br>**GOURI G. SASHITAL (P64628)**<br>**KATHRYN E. JONES (P75431)**<br>*Keller Thoma, PC*<br>Attys for Defendants Kalamazoo County and Julie Rogers<br>26555 Evergreen Road, Ste. 1240<br>Southfield, MI 48076<br>(313) 956-0857<br>tlf@kellerthoma.com<br>gsr@kellerthoma.com<br>kej@kellerthoma.com<br><br>**DAVID A. KOWALSKI (P71179)**<br>*Cummings, McClorey, Davis & Acho, P.C.*<br>Attys for Defendant Stephanie Moore Williams<br>19176 Hall Road, Ste. 220<br>Clinton Twp., MI 48038<br>(586) 225-5000<br>dkowalski@cmda-law.com |

---

## *STIPULATION TO ENTRY OF ORDER ALLOWING SUBSTITUTION OF COUNSEL FOR DEFENDANT STEPHANIE MOORE WILLIAMS ONLY*

Counsel for Defendant Kalamazoo County, Stephanie Moore Williams and

Julie Rogers hereby stipulates and agrees to entry of the attached order for substitution of counsel for and on behalf of Stephanie Moore Williams, only.

| | |
|---|---|
| /s/ Thomas L. Fleury | /s/ David A. Kowalski |
| **THOMAS L. FLEURY (P24064)** | **DAVID A. KOWALSKI (P71179)** |
| Keller Thoma, PC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for Defendants Kalamazoo County and Julie Rogers | Attorney for Defendant Stephanie Moore Williams |
| 26555 Evergreen Road, Ste. 1240 | 19176 Hall Road, Suite 200 |
| Southfield, MI 48076 | Clinton Township, MI 48038 |
| (313) 956-0857 | (586) 228-5600 |
| tlf@kellerthoma.co | tferrand@cmda-law.com |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH ROSE WHITE McDONNELL,   Case No.:   1:19-cv-00963
                                  HON.:      Janet T. Neff

    Plaintiff,

-vs-

KALAMAZOO COUNTY, and STEPHANIE
MOORE WILLIAMS and JULIE ROGERS
In their official and individual capacities,

    Defendants.

---

| | |
|---|---|
| **KATHERINE SMITH KENNEDY (P54881)**<br>*Pinsky, Smith, Fayette & Kennedy, LLP*<br>Atty for Plaintiff<br>146 Monroe Center Street NW, Ste. 805<br>Grand Rapids, MI 49503<br>and (616) 451-8496<br>Kskennedy@psfklaw.com | **THOMAS L. FLEURY (P24064)**<br>**GOURI G. SASHITAL (P64628)**<br>**KATHRYN E. JONES (P75431)**<br>*Keller Thoma, PC*<br>Attys for Defendants Kalamazoo County Julie Rogers<br>26555 Evergreen Road, Ste. 1240<br>Southfield, MI 48076<br>(313) 956-0857<br>tlf@kellerthoma.com<br>gsr@kellerthoma.com<br>kej@kellerthoma.com |
| | **DAVID A. KOWALSKI (P71179)**<br>*Cummings, McClorey, Davis & Acho, P.C.*<br>Attys for Defendant Stephanie Moore Williams<br>19176 Hall Road, Ste. 220<br>Clinton Twp., MI 48038<br>(586) 225-5000<br>dkowalski@cmda-law.com |

---

01064671-1

## ORDER ALLOWING SUBSTITUTION OF COUNSEL FOR DEFENDANT STEPHANIE MOORE WILLIAMS, ONLY

At a session of said Court held in the United States District Court, Western District of Michigan

on _____

PRESENT: THE HONORABLE JANET T. NEFF

This matter having come before the Court on Stipulation and Agreement by and between the counsel for Defendants.

IT IS HEREBY ORDERED THAT Attorney David A. Kowalski and the law firm of Cummings, McClorey, Davis and Acho, PLC, are hereby substituted as counsel for Defendant Stephanie Moore Williams, only.

_____
HONORABLE JANET T. NEFF