UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH ROSE WHITE MCDONNELL,

      Plaintiff,                             Case No. 1:19–cv–963

v.                                        Hon. Janet T. Neff

KALAMAZOO, COUNTY OF, et al.,

      Defendants.
_____/

## ORDER

      Pending before the Court is a Stipulation to Entry of Order Allowing Substitution of Counsel for Defendant Stephanie Moore Williams Only (ECF No. 11), seeking to substitute Cummings, McClorey, Davis & Acho, PLC in place of Keller Thoma, PC as counsel of record for Defendant Stephanie Moore Williams only. The Court having reviewed the stipulation: IT IS HEREBY ORDERED that the Stipulation to Entry of Order Allowing Substitution of Counsel for Defendant Stephanie Moore Williams Only (ECF No. 11) is GRANTED; Cummings, McClorey, Davis & Acho, PLC is substituted in place of Keller Thoma, PC as counsel of record for Defendant Stephanie Moore Williams only.

      IT IS SO ORDERED.

Dated: February 4, 2020                             /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge