UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**ELIZABETH ROSE WHITE
MCCDONNEL,**

     **Plaintiff,**

v.

**KALAMAZOO COUNTY and
STEPHANIE MOORE WILLIAMS
and JULIE ROGERS, in their official
and individual capacities,**

     Defendant.

Case No. 1:19-cv-963

Hon. Janet T. Neff

| | |
|---|---|
| Katherine Smith Kennedy, Esq.<br>Pinsky, Smith, Fayette & Kennedy, LLP<br>Attorneys for Plaintiff<br>148 Monroe Center St NW, Suite 805<br>Grand Rapids, MI  49503<br>(616) 451-8496<br>kskennedy@psfklaw.com | Thomas L. Fleury, Esq.<br>Gouri G. Sashital, Esq.<br>Keller Thoma PC<br>Attorneys for Defendants Rogers and Kalamazoo County<br>26555 Evergreen Road – Ste 1240<br>Southfield, MI 48076-4251<br>(313) 965-7610<br>llm@kellerthoma.com<br>tlf@kellerthoma.com<br><br>Timothy Ferrand, Esq.<br>Cummings McClorey Davis & Acho<br>Attorney for Defendant Williams<br>19176 Hall Rd., Ste. 220<br>Clinton Twp, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com |

# NOTICE OF SELECTION OF FACILITATIVE MEDIATOR

The parties by their respective attorneys have agreed to select **WILLIAM JACK** as the facilitative mediator in the above-captioned matter.

>PINSKY, SMITH, FAYETTE & KENNEDY, LLP
>Attorneys for the Plaintiff

Dated: February 12, 2020         By: /s/ *Katherine Smith Kennedy*
>Katherine Smith Kennedy, Esq.
>146 Monroe Center NW, Suite 805
>Grand Rapids, MI 49503
>(616) 451-8496